# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
|  | : |  |
| v. | : |  |
|  | : | NO. 04cr697-01 |
| MALCOLM LADSON | : |  |

## ORDER

**AND NOW**, this 19th day of October 2011, upon consideration of petitioner Malcolm

Ladson's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and a writ of audita querela

under 28 U.S.C. § 1651(a), the government's response, and petitioner's reply to the response it is

hereby **ORDERED** that

1. The petition for writ of habeas corpus is **DISMISSED**;

2. The petition for writ of audita querela is **DISMISSED**; and

3. The clerk shall **CLOSE** this case for statistical purposes.


 /s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge